MYKELTI CUNNINGHAM, an Infant, by His Guardian, UTOPIA R. ROGERS, Appellant, v JOHN K. ANDERSON, Respondent.

Submitted September 19, 2011; decided November 22, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order which affirmed Supreme Court's denial of plaintiff's postjudgment motion, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of SINCLAIR HABERMAN et al., Respondents, v ZONING BOARD OF APPEALS OF CITY OF LONG BEACH et al., Appellants, et al., Defendant.

Submitted October 11, 2011; decided November 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action/proceeding within the meaning of the Constitution.

TINA M. HOLSTEIN, Respondent, v COMMUNITY GENERAL HOSPITAL OF GREATER SYRACUSE, Appellant.

Submitted August 29, 2011; decided November 22, 2011

Motion to dismiss appeal denied.